UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADVANCED MEDICAL GROUP OF
CENTRAL FLORIDA LLC and
VINAY KATUKURI, MD,

      Plaintiffs,

v.                                           Case No:   6:25-cv-1132-ACC-LHP

BTL INDUSTRIES, INC., MMP
CAPITAL, INC., AMUR EQUIPMENT
FINANCE, INC., BANLEACO, INC.,
LEAF CAPITAL FUNDING, LLC and
NORTH MILL CREDIT TRUST,

      Defendants

## ORDER

Before the Court is Plaintiffs' Motion for Default Against Defendant Leaf Capital Funding, LLC ("Leaf Capital"). Doc. No. 95. Upon review, the motion fails to include a memorandum of law as required by Local Rule 3.01(b), and as such, the motion does not demonstrate, by citation to legal authority or otherwise, that service upon Defendant Leaf Capital was proper. *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009)

(before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Specifically, the return of service states that the summons was served upon Defendant Leaf Capital's registered agent, by serving "John West, Corporate Specialist authorized to accept" at "Registered Agent Solutions, Inc., 838 Walker Road, Suite 21-2, Dover, Delaware" on July 15, 2025.  Doc. No. 73; Doc. No. 95-2. However, according to the records of the Florida Department of State and the Delaware Department of State,[1] the registered agent for Defendant Leaf Capital is Corporation Service Company, not Registered Agent Solutions, Inc.  Plaintiffs' motion does not explain this discrepancy, nor explain how service on "John West, Corporate Specialist" would be valid under either Delaware, Florida, or federal law.

Accordingly, it is **ORDERED** that Plaintiffs' motion (Doc. No. 95) is **DENIED without prejudice**.  Within **fourteen (14) days** of the date of this Order, Plaintiffs shall file a renewed motion, fully supported by legal authority and any relevant

---

[1] Records maintained by the Florida Department of State, Division of Corporations, are available at: http://search.sunbiz.org/Inquiry/CorporationSearch/ByName/.  The records for Defendant Leaf Capital are accessible by entering "Leaf Capital Funding, LLC" into the "Entity Name" field.  Records maintained by the Delaware Department of State, Division of Corporations, are available at: https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx.  The records for Defendant Leaf Capital are accessible by entering "Leaf Capital Funding, LLC" into the "Entity Name" field.

evidence, and in full compliance with all applicable Local Rules, which addresses the issues identified herein.

    **DONE** and **ORDERED** in Orlando, Florida on December 5, 2025.

                                                    LESLIE HOFFMAN PRICE
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record