# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ADVANCED MEDICAL GROUP OF
CENTRAL FLORIDA LLC and
VINAY KATUKURI, MD,

        Plaintiffs,

v.                                                                                                  Case No:   6:25-cv-1132-ACC-LHP

BTL INDUSTRIES, INC., MMP
CAPITAL, INC., AMUR EQUIPMENT
FINANCE, INC., BANLEACO, INC.,
LEAF CAPITAL FUNDING, LLC and
NORTH MILL CREDIT TRUST,

        Defendants

## ORDER

Before the Court is Plaintiffs' Renewed Motion for Default Against Defendant Leaf Capital Funding, LLC and Memorandum of Law in Support Thereof.  Doc. No. 101.  However, after Plaintiffs' filed the present motion, the Presiding District Judge transferred several claims to the United States District Court for the District of Massachusetts, and dismissed the remainder of Plaintiffs' complaint with leave to file an amended complaint by January 6, 2026.  Doc. No. 102.  Because Plaintiffs' motion for default related to the now-dismissed pleading, the motion

(Doc. No. 101) is **DENIED as moot**.   *See Allston v. Desantis*, No. 6:24-cv-1085-CEM-DCI, 2025 WL 3484765, at *3 (M.D. Fla. Dec. 4, 2025) ("[A] default cannot be entered on a dismissed pleading, and therefore Plaintiff's motions are necessarily moot."); *Vanstralen v. Tampa Bay Radiology Assocs., P.A.*, No. 8:20-cv-2445-T-36CPT, 2020 WL 7054687, at *1 (M.D. Fla. Dec. 2, 2020) ("As the original complaint is no longer the operative complaint, Plaintiff's motions for default due to Defendants' failure to respond to the initial complaint are now moot.").

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2026.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record